UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JUL 16 PM 4: 10

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No. 2:15-cr-106 |
| ANDREW LAWRENCE, | ) |
| Defendant | ) |

## INDICTMENT

The Grand Jury charges:

On or about July 10, 2015 in the District of Vermont, defendant ANDREW LAWRENCE by force, violence or intimidation took from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the Citizen's Bank in Springfield, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(18 U.S.C. § 2113(a))

A TRUE BILL

FOREPERSON

_____ (WLF)
ERIC S. MILLER
United States Attorney
Burlington, Vermont
July 16, 2015